**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Troy Jordon <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 20-14596 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Foundation Finance Company, LLC and index same on the master mailing list.

        Respectfully submitted,
        **/s/ Rebecca A. Solarz Esquire**
        Rebecca A Solarz, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322