IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 20-14596-amc |
| TROY JORDAN, | Chapter 13 |
| Debtor, | Related to Doc. No. 16 |
| ONEMAIN FINANCIAL GROUP, LLC. AS SERVICER FOR ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2018-1, | |
| Movants, | |
| v. | |
| TROY JORDAN, and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED DECEMBER 14, 2020

TO THE CLERK OF COURTS:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan dated December 14, 2020 ("Objection") filed on behalf of OneMain Financial Group, LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1 filed on January 20, 2021 at Document No. 16. The Debtor's Amended Chapter 13 Plan filed on February 23, 2021 resovles the Objection.

Dated: May 24, 2021

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for OneMain Financial Group, LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1*