## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Troy Jordon | |
| Debtor(s) | |
| | CHAPTER 13 |
| Foundation Finance Company, LLC, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 20-14596 AMC |
| Troy Jordon | |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Foundation Finance Company, LLC, which was filed with the Court on or about **February 11, 2021, docket number 17**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: June 7, 2021