IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  TROY JORDON, | : | CHAPTER 13 |
| | : | CASE NO.: 20-14596-amc |
| **Debtor,** | : | |

**MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION**

Debtor, Troy Jordon, files the forgoing Motion for Permission to Approve a Loan Modification, and avers as follows:

1. Debtor filed his case on November 30, 2020.

2. The debtor owns property at 7 West Essex Avenue Lansdowne, PA 19050. Wintrust Mortgage maintains a mortgage against the subject property.

3. Wintrust filed Proof of Claim No. 13 seeking arrears totaling $4956.44.

4. The debtor has been approved for a loan modification. However, the lender requires court permission.

5. The loan modification is in the best interest of the debtor, as the arrears will be capitalized. A copy of the loan modification is attached hereto as Exhibit "A".

6. The plan and schedules were modified to reflect the modification.

7. Based on the above, debtor requests permission.

WHEREFORE, Debtor requests that the attached order be granted.

June 29, 2021                                                                                          Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106

{00283715;v1}