IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TROY JORDON,             :        CHAPTER 13

                                 :        CASE NO.: 20-14596-amc

    Debtor,                      :

# ORDER

**AND NOW,** upon consideration of the Debtor's for Permission to Approve a Loan Modification, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

**Date: August 2, 2021**

Dated:_____        _____

                                                        **ASHELY M. CHAN,**
                                                        **U.S. BANKRUPTCY JUDGE**

{00283715;v1}