**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: TROY JORDAN | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 |

**ORDER**

And Now this _____, 2022, upon consideration of Debtor, Troy Jordan's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the value of the property is $176,000.

**Date: February 3, 2022**

_____
Honorable Ashely M. Chan

{00392902;v1}