**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: TROY JORDON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 AMC |

## PRAECIPE TO WITHDRAW DOCUMENTS

To the Clerk,

Kindly withdraw the Certificate of Service (attachment 3) and Certificate of Service for Request for Admissions (attachment 4), filed on 5/5/2022, which was filed with docket number 61: Objection to Proof of Claim No. 3.

Dated:  May 5, 2022,                                    Respectfully Submitted,

                                                          /s/ Michelle Lee
                                                         Michelle Lee, Esquire
                                                         Margolis Edelstein
                                        170 S. Independence Mall W., Suite 400E
                                                         Philadelphia, PA 19014

{00362533;v1}