**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: TROY JORDON** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **CASE NO. 20-14596 AMC** |

### NOTICE OF OBJECTION TO PROOF OF CLAIM #5

**Debtor's Counsel has filed an objection to the proof of claim #3. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the **Honorable Judge Chan**, **on 6/8/2022 at 11:00AM.** Hearing attendance will be **TELEPHONICALLY**. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Respectfully submitted,

/s/ Michelle Lee, Esq.
Michelle Lee, Esq.,
Margolis Edelstein
The Curtis
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106
mlee@margolisedelstein.com