IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TROY JORDON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 AMC |

**O R D E R**

     AND NOW, this _____day of _____, 2022 upon consideration of Debtor's Objection to Proof of Claim #5 of Quantum3 Group LLC as agent for Aqua Finance, and any response and after a hearing,

     It is hereby ORDERED that the Objection is Sustained. The claim is classified as a general unsecured claim in the amount of $13,395.53.

By the Court:

Date: July 21, 2022

_____
Hon. A. Chan, U.S. Bankruptcy Judge