Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14596-AMC**

Troy Jordon
7 West Essex Avenue
Lansdowne  PA    19050

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/15/2021
Confirmation Date:

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $375.00 | | 05/24/2021 | $375.00 | | 06/22/2021 | $400.00 | |
| 07/22/2021 | $400.00 | | 08/23/2021 | $400.00 | | 09/22/2021 | $400.00 | |
| 10/22/2021 | $400.00 | | 11/22/2021 | $400.00 | | 12/22/2021 | $400.00 | |
| 01/25/2022 | $400.00 | | 02/23/2022 | $400.00 | | 03/22/2022 | $400.00 | |
| 04/25/2022 | $400.00 | | 05/23/2022 | $400.00 | | 06/24/2022 | $400.00 | |
| 07/25/2022 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $6,350.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,475.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Secured Creditors | $8,797.24 | $0.00 | $0.00 |
| 2 | VIVE FINANCIAL<br>»» 002 | Unsecured Creditors | $727.72 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Secured Creditors | $13,395.53 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,616.96 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $15,160.74 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $4,257.61 | $0.00 | $0.00 |
| 7 | FOUNDATION FINANCE COMPANY<br>»» 007 | Secured Creditors | $28,352.90 | $0.00 | $0.00 |
| 8 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 008 | Unsecured Creditors | $698.76 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,367.56 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,554.19 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,445.02 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $1,058.72 | $0.00 | $0.00 |
| 13 | WINTRUST MORTGAGE<br>»» 013 | Mortgage Arrears | $4,956.44 | $0.00 | $0.00 |
| 14 | OVATION SALES FINANCE TRUST<br>»» 014 | Unsecured Creditors | $5,461.65 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14596-AMC**

| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,500.00 | $0.00 | $9,500.00 |
|---|---|---|---|---|---|

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,475.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $622.50 | Total Plan Base: | $21,475.00 |
| Funds on Hand: | $6,852.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.