# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**TROY JORDAN,**                                  :
                                              : **BK. NO.: 20-14596-AMC**

**DEBTOR**

                                              :

**TROY JORDAN,**                                 : **CHAPTER 13**
**PLAINTIFF**

**v.**

**FOUNDATION FINANCE COMPANY,**
**Respondent**

                                          : **ADVERSARY NO: 22-0041-AMC**

## **NOTICE**

Debtor Troy Jordan has filed the attached Motion for Default of Debtor's Complaint with this Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you want the court to consider your views on the
Motion, then on or before <u>August 16, 2022</u> you or your attorney must:
File with the court a written response at:

      U.S. Bankruptcy Court
      900 Market Street
      Philadelphia, PA  19107
      Attn: Bankruptcy Clerk

     If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to:

Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W., Ste. 400E
Philadelphia, PA 19106

  You or your attorney must attend the hearing scheduled to be <u>October 12, 2022 @ 11:00AM v</u>ia TELEPHONE CONFERENCE. If you or your attorney do not take these steps, the
court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 8/24/2022                      <u>/s/ Michelle Lee</u>
                                  Michelle Lee, Esquire
                                  Margolis Edelstein
                                  170 S Independence Mall W., Ste. 400E
                                  Philadelphia, PA 19106
                                  mlee@margolisedelstein.com