**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Troy Jordan, | : | CHAPTER 13 |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 20-14596** |

**PRAECIPE TO WITHDRAW MOTION**

To the Clerk,

     Kindly withdraw Debtor's Certificate of No Response and Certificate of Service to Motion for Default Judgment filed on October 8, 2022, docket number 81.

Dated:  October 8, 2022                    Respectfully Submitted,

                                          /s/ Michelle Lee

                                          Michelle Lee, Esquire
                                          Dilworth Paxson LLP
                                          1500 Market Street, Suite 3500E
                                          Philadelphia, PA 19102

{00362533;v1}