**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TROY JORDON<br><br>Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.,<br>       Movant<br><br>vs.<br><br>TROY JORDON,<br>       Debtor | Case No. 20-14596-amc<br>Chapter 13 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 55), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 30, 2020.

2. Movant holds a security interest in the Debtor's real property located at 7 West Essex Avenue, Lansdowne, PA 19050 (the "Property"), by virtue of a Mortgage which is recorded in Official Records of Delaware County, Pennsylvania. Said Mortgage secures a Note in the amount of $189,255.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on April 4, 2022 (Doc 55).

4. Movant filed a Proof of Claim in this case on February4, 2021 (Claim No. 13-1) which lists a secured claim of $189,863.50 and prepetition arrears of $4,956.44.

5. Movant objects to the Debtor's proposed Chapter 13 Plan as Part 4(b) does not list any amounts to be paid to Movant.

6. Movant objects to Debtor's proposed Chapter 13 Plan as it is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Movant objects to any plan which proposes to pay it anything less than $4,956.44 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TROY JORDON<br><br>Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.,<br>    Movant<br><br>vs.<br><br>TROY JORDON ,<br>    Debtor | Case No. 20-14596-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

TROY JORDON
7 W ESSEX AVE
LANSDOWNE, PA 19050

GEORGETTE MILLER, Debtor's Attorney
1500 Market Street
Suite 3500e
Philadelphia, PA 19102
bky@dilworthlaw.com

SCOTT F. WATERMAN (Chapter 13), Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

November 29, 2022

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com