**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: TROY JORDON** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **CASE NO. 20-14596 AMC** |

**NOTICE OF OBJECTION TO PROOF OF CLAIM #3**

**Debtor's Counsel has filed an objection to the proof of claim #3. <u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the **Honorable Judge Chan**, <u>**on 1/18/23 at 11:00AM.**</u> Hearing attendance will be **TELEPHONIC**.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

        Respectfully submitted,

        <u>/s/ Michelle Lee, Esq.</u>
        Michelle Lee, Esq.,
        Dilworth Paxson
        119 S Easton Road
        Glenside PA 19038