**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: TROY JORDON,** | : | **CHAPTER 13** |
| | : | **CASE NO.: 20-14596-amc** |
| **Debtor,** | : | |

**CERTIFICATION OF SERVICE**

    I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Chapter 13 Payment Plan, filed on 12/14/2022, upon the following individuals listed below, by electronic means and/or first-class mail on 12/14/2022:

Scott F. Waterman,
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Troy Jordon
7 West Essex Avenue
Lansdowne, PA 19050

**ALL CREDITORS ON THE MATRIX**
**ALL ATTORNEYS ON RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

                                                        Respectfully Submitted,
                                                        /s/ Michelle Lee
                                                        Michelle Lee, Esquire
                                                        Dilworth Paxson LLP
                                                        1500 Market Street, Suite 3500E
                                                        Philadelphia, PA 19102