*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Troy Jordon
    Debtor(s)

Case No: 20−14596−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Objection to claim No 3 Filed by Troy Jordon (related document(s)90)

Parties are to Dial: 877−873−8017
Access Code: 3027681#

on: 1/25/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  12/27/22

Timothy B. McGrath
Clerk of Court

97
Form 167