United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14596-amc

Troy Jordon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548 |
| cr | + | Wintrust Mortgage, a division of Barrington Bank &, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14571344 | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 02:45:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14579750 | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 02:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: 167 | Total Noticed: 4 |

wbecf@brockandscott.com

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor Foundation Finance Company LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**GEORGETTE MILLER**
on behalf of Debtor Troy Jordon bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

**GEORGETTE MILLER**
on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

**KERI P EBECK**
on behalf of Creditor OneMain Financial Group LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

**MATTHEW K. FISSEL**
on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Troy Jordon
    Debtor(s)

Case No: 20−14596−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Objection to claim No 3 Filed by Troy Jordon (related document(s)90)

Parties are to Dial: 877−873−8017
Access Code: 3027681#

on: 1/25/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  12/27/22

Timothy B. McGrath
Clerk of Court

97
Form 167