# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TROY JORDON<br><br>Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.,<br>    Movant<br><br>vs.<br><br>TROY JORDON,<br>    Debtor | Case No. 20-14596-amc<br>Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed November 29, 2022, Document Number 87.

>  */s/Andrew Spivack*
>  Andrew Spivack, PA Bar No. 84439
>  Matt Fissel, PA Bar No. 314567
>  Mario Hanyon, PA Bar No. 203993
>  Ryan Starks, PA Bar No. 330002
>  Jay Jones, PA Bar No. 86657
>  Attorney for Creditor
>  BROCK & SCOTT, PLLC
>  8757 Red Oak Boulevard, Suite 150
>  Charlotte, NC 28217
>  Telephone: (844) 856-6646
>  Facsimile: (704) 369-0760
>  E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TROY JORDON<br><br>Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.,<br>        Movant<br><br>vs.<br><br>TROY JORDON,<br>        Debtor | Case No. 20-14596-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on <u>January 12, 2023</u> to the following:

TROY JORDON
7 WEST ESSEX AVENUE
LANSDOWNE, PA 19050

GEORGETTE MILLER, Debtor's Attorney
1500 Market Street
Suite 3500e
Philadelphia, PA 19102
bky@dilworthlaw.com

SCOTT F. WATERMAN (Chapter 13), Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

<u>January 12, 2023</u>

<u>*/s/Andrew Spivack*</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com