**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: TROY JORDON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 AMC |

## CERTIFICATE OF SERVICE

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Objection to Proof of Claim No. 3, Exhibit A, and Notice and Request for Admissions thereof upon the following individuals listed below, by electronic means and/or first-class mail on 12/14/2022.

Scott F. Waterman,
VIA ELECTRONIC

ATTN: Rui Pinto-Cardoso, CEO
Quantum3 Group, LLC
12006 98th Ave NE
Kirkland, WA 98034

ATTN: Aaron Glickman, Authorized Agent
Quantum3 Group, LLC
PO BOX 788
Kirkland, WA 98083-0788

Troy Jordon
7 West Essex Avenue
Lansdowne, PA 19050

**ALL ATTORNEYS OF RECORD**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

                                                                        Respectfully Submitted,

                                                                         /s/ Michelle Lee, Esq.
                                                                         Michelle Lee, Esq.,
                                                                         Dilworth Paxson
                                                                         119 S Easton Road
                                                                         Glenside PA 19038