IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TROY JORDON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 AMC |

## O R D E R

AND NOW, this _____ day of _____, 2022 upon consideration of Debtor's Objection to Proof of Claim #3 of Quantum3 Group LLC as agent for Aqua Finance, and any response and after a hearing,

It is hereby ORDERED that the Objection is Sustained. The claim is classified as a general unsecured claim in the amount of $13,395.53.

By the Court:

_____
**Hon. A. Chan, U.S. Bankruptcy Judge**

**Date: January 25, 2023**