United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy Jordon  
    Debtor

Case No. 20-14596-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 25, 2023      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548 |
| 14564957 | + | Barrington Bank/wintru, 9700 Higgings Avenue, Rosemont, IL 60018-4796 |
| 14577174 | + | Foundation Finance Company, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14575343 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 14581283 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14564967 | + | Tbom/home Credit, Po Box 7009, Overland Park, KS 66207-0009 |
| 14744124 | + | Wintrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14736097 | + | Wintrust Mortgage a division of, Barrington Bank & Trust Company, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14736551 | + | Wintrust Mortgage, a division of Barrington, Bank & Trust Company, N.A., c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14564954 | + | Email/Text: bncnotifications@pheaa.org | Jan 26 2023 00:20:00 | Aes/navient, Pob 61047, Harrisburg, PA 17106-1047 |
| 14571788 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 00:33:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14564955 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 00:33:11 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14564958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 26 2023 00:20:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14564959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 26 2023 00:20:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14574770 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 26 2023 00:20:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14564960 | + | Email/Text: administrative@foundationfinance.com | Jan 26 2023 00:20:00 | Foundation F, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14577106 | ^ | MEBN | Jan 26 2023 00:15:26 | Foundation Finance Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14575845 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 00:19:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14564962 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 00:19:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14564963 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jan 26 2023 00:19:00 | Monterey Financial Svc, 4095 Avenida De La |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Plata, Oceanside, CA 92056-5802 |
| 14736003 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 26 2023 00:20:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14569196 | | Email/PDF: cbp@onemainfinancial.com | Jan 26 2023 00:20:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14564964 | + | Email/PDF: cbp@onemainfinancial.com | Jan 26 2023 00:20:24 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14579396 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 00:20:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14571344 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2023 00:20:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14579750 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2023 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14580810 | + | Email/Text: bncmail@w-legal.com | Jan 26 2023 00:20:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14564965 | + | Email/Text: servicing@svcfin.com | Jan 26 2023 00:20:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14564966 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 00:20:29 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14564968 | + | Email/Text: documentfiling@lciinc.com | Jan 26 2023 00:19:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564969 | | ^ MEBN | Jan 26 2023 00:15:11 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564961 | | Email/Text: bankruptcynotices@vivecard.com | Jan 26 2023 00:19:00 | Hccredit/mabtc, 380 Data Drive, Draper, UT 84020 |
| 14571082 | | Email/Text: bankruptcynotices@vivecard.com | Jan 26 2023 00:19:00 | Vive Financial, 380 data drive, suite #200, Draper UT, 84020 |
| 14736002 | + | Email/Text: EBN@brockandscott.com | Jan 26 2023 00:19:00 | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14581030 | | Wintrust Mortgage, a division of Barrington Bank & |
| 14736339 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14736338 | *+ | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14564956 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 155 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

**Name**            **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Foundation Finance Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Debtor Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
    on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

KERI P EBECK
    on behalf of Creditor OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Troy Jordon
        Debtor(s)                                      Chapter: 13

                                                            Bankruptcy No: 20−14596−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 25th day of January, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                      Ashely M. Chan
                                                                      Judge ,
                                                                      United States Bankruptcy Court

                                                                                                                                                                   104 − 88
                                                                                                                                                                  Form 155