United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14596-amc |
| Troy Jordon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Foundation Finance Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1
    kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com,
    matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TROY JORDON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 20-14596 AMC |

**O R D E R**

AND NOW, this _____ day of _____, 2022 upon consideration of Debtor's Objection to Proof of Claim #3 of Quantum3 Group LLC as agent for Aqua Finance, and any response and after a hearing,

It is hereby ORDERED that the Objection is Sustained. The claim is classified as a general unsecured claim in the amount of $13,395.53.

By the Court:

_____

**Date: January 25, 2023**

**Hon. A. Chan, U.S. Bankruptcy Judge**