| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-14596-AMC

Troy Jordon  
7 West Essex Avenue  
Lansdowne  PA    19050

Petition Filed Date: 11/30/2020  
341 Hearing Date: 01/15/2021  
Confirmation Date: 01/25/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $400.00 | | 09/22/2022 | $400.00 | | 10/24/2022 | $400.00 | |
| 11/22/2022 | $400.00 | | 12/22/2022 | $400.00 | | 01/24/2023 | $400.00 | |
| 02/23/2023 | $400.00 | | 03/22/2023 | $400.00 | | 04/24/2023 | $400.00 | |
| 05/22/2023 | $400.00 | | 06/23/2023 | $400.00 | | 07/24/2023 | $400.00 | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Secured Creditors | $9,000.00 | $895.39 | $8,104.61 |
| 2 | VIVE FINANCIAL<br>»» 002 | Unsecured Creditors | $727.72 | $0.00 | $727.72 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $13,395.53 | $0.00 | $13,395.53 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,616.96 | $0.00 | $3,616.96 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $15,160.74 | $0.00 | $15,160.74 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $4,257.61 | $0.00 | $4,257.61 |
| 7 | FOUNDATION FINANCE COMPANY<br>»» 007 | Unsecured Creditors | $28,352.90 | $0.00 | $28,352.90 |
| 8 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 008 | Unsecured Creditors | $698.76 | $0.00 | $698.76 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,367.56 | $0.00 | $2,367.56 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,554.19 | $0.00 | $1,554.19 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,445.02 | $0.00 | $1,445.02 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $1,058.72 | $0.00 | $1,058.72 |
| 13 | WINTRUST MORTGAGE<br>»» 013 | Mortgage Arrears | $4,956.44 | $493.11 | $4,463.33 |
| 14 | OVATION SALES FINANCE TRUST<br>»» 014 | Unsecured Creditors | $5,461.65 | $0.00 | $5,461.65 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,500.00 | $0.00 | $9,500.00 |

Chapter 13 Case No. 20-14596-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,275.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $1,388.50 | Arrearages: | $600.00 |
| Paid to Trustee: | $1,022.50 | Total Plan Base: | $26,175.00 |
| Funds on Hand: | $9,864.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.