**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Troy Jordon                                         CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14596 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
21 Nov 2023, 15:52:29, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322