| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14596-AMC**

| | |
|---|---|
| Troy Jordon<br>7 West Essex Avenue<br>Lansdowne  PA    19050 | Petition Filed Date: 11/30/2020<br>341 Hearing Date: 01/15/2021<br>Confirmation Date: 01/25/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $400.00 | | 09/28/2023 | $400.00 | | 10/30/2023 | $400.00 | |
| 11/22/2023 | $400.00 | | 12/22/2023 | $400.00 | | 01/23/2024 | $400.00 | |
| 02/23/2024 | $400.00 | | 03/22/2024 | $400.00 | | 04/22/2024 | $400.00 | |
| 05/22/2024 | $400.00 | | 06/25/2024 | $400.00 | | 07/22/2024 | $400.00 | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ONE MAIN FINANCIAL GROUP LLC<br>»» 001 | Secured Creditors | $9,000.00 | $3,921.08 | $5,078.92 |
| 2 | VIVE FINANCIAL<br>»» 002 | Unsecured Creditors | $727.72 | $0.00 | $727.72 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $13,395.53 | $0.00 | $13,395.53 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,616.96 | $0.00 | $3,616.96 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $15,160.74 | $0.00 | $15,160.74 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $4,257.61 | $0.00 | $4,257.61 |
| 7 | FOUNDATION FINANCE COMPANY<br>»» 007 | Unsecured Creditors | $28,352.90 | $0.00 | $28,352.90 |
| 8 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 008 | Unsecured Creditors | $698.76 | $0.00 | $698.76 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,367.56 | $0.00 | $2,367.56 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,554.19 | $0.00 | $1,554.19 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,445.02 | $0.00 | $1,445.02 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $1,058.72 | $0.00 | $1,058.72 |
| 13 | WINTRUST MORTGAGE<br>»» 013 | Mortgage Arrears | $4,956.44 | $2,159.42 | $2,797.02 |
| 14 | OVATION SALES FINANCE TRUST<br>»» 014 | Unsecured Creditors | $5,461.65 | $0.00 | $5,461.65 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,500.00 | $0.00 | $9,500.00 |

| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,550.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $6,080.50 | Arrearages: | $1,025.00 |
| Paid to Trustee: | $1,542.00 | Total Plan Base: | $26,175.00 |
| Funds on Hand: | $9,927.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.