United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14596-amc |
| Troy Jordon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548 |
| 14564957 | + | Barrington Bank/wintru, 9700 Higgings Avenue, Rosemont, IL 60018-4796 |
| 14575343 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 14577174 | + | Foundation Finance Company, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14581283 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14564967 | + | Tbom/home Credit, Po Box 7009, Overland Park, KS 66207-0009 |
| 14833813 | + | Wintrust Mortgage, a division of Barrington, Bank & Trust Company, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14736097 | + | Wintrust Mortgage a division of, Barrington Bank & Trust Company, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14833468 | + | Wintrust Mortgage, a Division of Barrington, Bank and Trust Co., N.A., c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14736551 | + | Wintrust Mortgage, a division of Barrington, Bank & Trust Company, N.A., c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Wintrust Mortgage, a division of Barrington Bank &, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14564954 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:38:00 | Aes/navient, Pob 61047, Harrisburg, PA 17106-1047 |
| 14571788 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2024 01:16:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14564955 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2024 00:59:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14564956 | ^ | MEBN | Nov 02 2024 00:13:57 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 14564958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:38:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14564959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:38:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14574770 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2024 00:38:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14564960 | + | Email/Text: administrative@foundationfinance.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2024 00:39:00 | Foundation F, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14577106 | | ^ MEBN | Nov 02 2024 00:13:54 | Foundation Finance Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14575845 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2024 00:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14564962 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2024 00:38:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14564963 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Nov 02 2024 00:38:00 | Monterey Financial Svc, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14736003 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14569196 | | Email/PDF: cbp@omf.com | Nov 02 2024 00:58:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14564964 | + | Email/PDF: cbp@omf.com | Nov 02 2024 01:15:51 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14579396 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14571344 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14579750 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14580810 | + | Email/Text: bncmail@w-legal.com | Nov 02 2024 00:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14564965 | + | Email/Text: servicing@svcfin.com | Nov 02 2024 00:38:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14564966 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 01:16:29 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14564968 | | ^ MEBN | Nov 02 2024 00:14:03 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564969 | | ^ MEBN | Nov 02 2024 00:13:27 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564961 | | Email/Text: bankruptcynotices@vivecard.com | Nov 02 2024 00:38:00 | Hccredit/mabtc, 380 Data Drive, Draper, UT 84020 |
| 14571082 | | Email/Text: bankruptcynotices@vivecard.com | Nov 02 2024 00:38:00 | Vive Financial, 380 data drive, suite #200, Draper UT, 84020 |
| 14744124 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Wintrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14736002 | + | Email/Text: EBN@brockandscott.com | Nov 02 2024 00:38:00 | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14581030 | | Wintrust Mortgage, a division of Barrington Bank & |
| 14736339 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14736338 | *+ | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
　　on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
　　on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor Foundation Finance Company  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. bkgroup@kmllawgroup.com

GEORGETTE MILLER
　　on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

KERI P EBECK
　　on behalf of Creditor OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
　　on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHELLE LEE
　　on behalf of Debtor Troy Jordon bky@dilworthlaw.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 20-14596amc |
| Troy Jordan, | Chapter 13 |
| Debtor. | |

### Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

   a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. §1326(a)(2).

Date: Nov. 1, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge