**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Troy Jordan, | : | Chapter 13 |
| Debtor(s). | : | Case No. 20-14596-amc |

## NOTICE OF MOTION

Debtor, Troy Jordan, have filed a Motion to Reinstate and Abate Payments with this Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then on or before November 28, 2024, you or your attorney must:

**File with the court a written response at:**

**U.S. Bankruptcy Court 900**
**Market Street**
**Philadelphia, PA 19107**
**Attn: Bankruptcy Clerk**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must mail a copy to:

**Michelle Lee, Esq.**
**Dilworth Paxson LLP**
**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**

You or your attorney must attend the hearing scheduled to be held **12/18/2024 at 10:00 AM.** Hearing will be held via Telephonic Hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 11/26/2024                                                                 Respectfully Submitted,


                                                                                                /s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102