**IN THE UNITED STATES IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Troy Jordan,** : Chapter 13

**Debtor(s).** : Case No. 20-14596

**ORDER**

AND NOW this, _____, upon consideration of Debtor's Motion to Reinstate Case and Abate Payment, and any response in opposition thereto, and for good cause shown,

    **It is hereby ORDERED** that the Motion is GRANTED.

    **It is further ORDERED** that case 20-14596 shall be reinstated and the automatic stay shall be reinstated.

    **It is further ORDERED** that, with the consent of the Chapter 13 Trustee, the Post-Confirmation Modified Plan (docket #122) is approved.

**Date: December 19, 2024**   _____

                                         **Honorable Chief Judge Chan**