**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Troy Jordan,                :          Chapter 13

Debtor(s).                         :          Case No. 20-14596-amc

## NOTICE OF MOTION

Debtor, Troy Jordan, has filed a Motion to Modify Plan with this Court.                          .
Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then on or before February 6, 2025, you or your attorney must:

**File with the court a written response at:**

**U.S. Bankruptcy Court 900**
**Market Street**
**Philadelphia, PA 19107**
**Attn: Bankruptcy Clerk**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must mail a copy to:

**Michelle Lee, Esq.**
**Dilworth Paxson LLP**
**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**

You or your attorney must attend the hearing scheduled to be held 2/26/25 **at 9:30AM AM.** Hearing will be held via Telephonic Hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 1/22/25                                              Respectfully Submitted,


                                                            /s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1650 Market Street
Philadelphia, PA 19103