### IN THE UNITED STATES IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Troy Jordan,**                                : Chapter 13

**Debtor(s).**                                         : Case No. 20-14596

### ORDER

AND NOW this, _____, upon consideration of Debtor's Motion to Modify Plan, and any response in opposition thereto, and for good cause shown,

**It is hereby ORDERED** that the Motion is GRANTED.

**It is further ORDERED** that, with the consent of the Chapter 13 Trustee, the Post-Confirmation Modified Plan (docket #124) is approved.

**Date: February 27, 2025**                  _____

                                             **Honorable Chief Judge Chan**