**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Troy Jordon                            CHAPTER 13

      DEBTOR(S)                    BANKRUPTCY NO: 20-14596

### CERTIFICATION OF NO RESPONSE

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on August 5, 2025, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated: August 19, 2025                /s/ Michelle Lee, Esq.
                                      Dilworth Paxson LLP
                                      1650 Market Street, Suite 1200
                                      Philadelphia, PA 19103
                                      bky@dilworthlaw.com