| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-14596-AMC**

Troy Jordon
7 West Essex Avenue
Lansdowne  PA    19050

Petition Filed Date: 11/30/2020
341 Hearing Date: 01/15/2021
Confirmation Date: 01/25/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $475.00 | | 09/23/2024 | $475.00 | | 10/22/2024 | $475.00 | |
| 12/26/2024 | $680.00 | 29608739550 | 01/30/2025 | $680.00 | 221543730 | 02/12/2025 | $680.00 | 222188647 |
| 03/07/2025 | $680.00 | 222883093 | 04/09/2025 | $680.00 | 223710427 | 05/19/2025 | $680.00 | 224557185 |
| 06/11/2025 | $680.00 | 225434482 | 07/14/2025 | $680.00 | 226176472 | | | |

**Total Receipts for the Period: $6,865.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL GROUP LLC »» 001 | Secured Creditors | $9,000.00 | $7,662.61 | $1,337.39 |
| 2 | VIVE FINANCIAL »» 002 | Unsecured Creditors | $727.72 | $0.00 | $727.72 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $13,395.53 | $0.00 | $13,395.53 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $3,616.96 | $0.00 | $3,616.96 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $15,160.74 | $0.00 | $15,160.74 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $4,257.61 | $0.00 | $4,257.61 |
| 7 | FOUNDATION FINANCE COMPANY »» 007 | Unsecured Creditors | $28,352.90 | $0.00 | $28,352.90 |
| 8 | PERITUS PORTFOLIO SERVICES II, LLC »» 008 | Unsecured Creditors | $698.76 | $0.00 | $698.76 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,367.56 | $0.00 | $2,367.56 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $1,554.19 | $0.00 | $1,554.19 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,445.02 | $0.00 | $1,445.02 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $1,058.72 | $0.00 | $1,058.72 |
| 13 | WINTRUST MORTGAGE »» 013 | Mortgage Arrears | $4,956.44 | $4,219.92 | $736.52 |
| 14 | OVATION SALES FINANCE TRUST »» 014 | Unsecured Creditors | $5,461.65 | $0.00 | $5,461.65 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $9,500.00 | $0.00 | $9,500.00 |

**Chapter 13 Case No. 20-14596-AMC**

| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $1,972.82 | $0.00 | $1,972.82 |
|---|---|---|---|---|---|
| 15 | MONTEREY FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | ONE MAIN FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PENN MEDICINE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | UNIVERSITY OF PA HEALTH SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $530.82 | $0.00 | $530.82 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,620.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $11,882.53 | Arrearages: | ($680.00) |
| Paid to Trustee: | $2,064.05 | Total Plan Base: | $26,660.00 |
| Funds on Hand: | $10,673.42 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.