**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Troy Jordon** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-14596-AMC |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

## Part 1:  Mortgage Information

Name of claim holder:  WINTRUST MORTGAGE

Court claim no. (if known): 13-1

Last 4 digits of any number you use to identify the debtor's account:  3  4  4  5

Property Address:  7 WEST ESSEX AVENUE
Number    Street

LANSDOWNE                                   PA    19050
City                                        State  ZIP Code

## Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3:  Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 4,956.44 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 4,956.44 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 4,956.44 |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman
Signature

Date: 01/22/2026

Trustee: Scott F. Waterman
First Name    Middle Name    Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number    Street

Reading    PA    19606
City    State    ZIP Code

Contact phone: (610) 779-1313    Email: info@ReadingCh13.com

| Debtor 1 | **Troy Jordon** | | Case Number **20-14596-AMC** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 04/21/2023 | 17240176 | Disbursement To Creditor/Principal | 105.30 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 05/19/2023 | 17241050 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 06/16/2023 | 17241863 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 07/21/2023 | 17242751 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 08/18/2023 | 17243574 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 09/22/2023 | 17244410 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 10/20/2023 | 17245232 | Disbursement To Creditor/Principal | 129.27 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 11/17/2023 | 17246007 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 12/15/2023 | 17246785 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 01/22/2024 | 17247633 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 02/16/2024 | 17248438 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 03/15/2024 | 17249259 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 04/19/2024 | 17250105 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 05/24/2024 | 17250918 | Disbursement To Creditor/Principal | 255.70 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 07/19/2024 | 17252490 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 08/16/2024 | 17253246 | Disbursement To Creditor/Principal | 127.85 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 09/20/2024 | 17254045 | Disbursement To Creditor/Principal | 151.82 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 10/15/2024 | 17254791 | Disbursement To Creditor/Principal | 151.82 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 03/21/2025 | 17258696 | Disbursement To Creditor/Principal | 844.02 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 05/22/2025 | 17260293 | Disbursement To Creditor/Principal | 228.21 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 07/18/2025 | 17261866 | Disbursement To Creditor/Principal | 456.42 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 08/22/2025 | 17262752 | Disbursement To Creditor/Principal | 228.21 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 09/19/2025 | 17263586 | Disbursement To Creditor/Principal | 228.21 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 10/24/2025 | 17264469 | Disbursement To Creditor/Principal | 228.21 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 11/21/2025 | 17265216 | Disbursement To Creditor/Principal | 222.90 |
| 13-1 | WINTRUST MORTGAGE | Pre-Petition Arrears | 01/16/2026 | 17266776 | Disbursement To Creditor/Principal | 57.20 |

Total for Claim Number 13-1: 4,956.44

**Total for Part 3 - b (Prepetition Arrears):** **4,956.44**