Certificate Number: 15317-PAE-DE-040784060

Bankruptcy Case Number: 20-14596



15317-PAE-DE-040784060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2026</u>, at <u>5:36</u> o'clock <u>PM PDT</u>, <u>Troy B Jordon</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 26, 2026</u>          By:     <u>/s/Christel Raz</u>

                                        Name:  <u>Christel Raz</u>

                                        Title:   <u>Counselor</u>