United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14596-amc

Troy Jordon                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 3

Date Rcvd: Mar 27, 2026                    Form ID: 138OBJ                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548 |
| 14564957 | + | Barrington Bank/wintru, 9700 Higgings Avenue, Rosemont, IL 60018-4796 |
| 14577174 | + | Foundation Finance Company, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14575343 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 14575845 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14581283 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14564967 | + | Tbom/home Credit, Po Box 7009, Overland Park, KS 66207-0009 |
| 14833813 | + | Wintrust Mortgage, a division of Barrington, Bank & Trust Company, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14736097 | + | Wintrust Mortgage a division of, Barrington Bank & Trust Company, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14833468 | + | Wintrust Mortgage, a Division of Barrington, Bank and Trust Co., N.A., c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14736551 | + | Wintrust Mortgage, a division of Barrington, Bank & Trust Company, N.A., c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2026 02:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2026 02:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14564954 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2026 02:43:00 | Aes/navient, Pob 61047, Harrisburg, PA 17106-1047 |
| 14571788 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 02:53:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14564955 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 02:53:18 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14564956 | ^ | MEBN | Mar 28 2026 02:22:22 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 14564958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2026 02:44:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14564959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2026 02:44:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14574770 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2026 02:44:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14564960 | + | Email/Text: administrative@foundationfinance.com | Mar 28 2026 02:44:00 | Foundation F, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |

District/off: 0313-2                    User: admin                              Page 2 of 3

Date Rcvd: Mar 27, 2026                 Form ID: 138OBJ                          Total Noticed: 39

| 14577106 | ^ MEBN | | |
|---|---|---|---|
| | | Mar 28 2026 02:22:04 | Foundation Finance Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14564962 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2026 02:42:24 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14564963 | + Email/Text: bankruptcynotification@montereyfinancial.com | Mar 28 2026 02:43:00 | Monterey Financial Svc, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14736003 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2026 02:43:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14569196 | Email/PDF: cbp@omf.com | Mar 28 2026 02:42:55 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14564964 | + Email/PDF: cbp@omf.com | Mar 28 2026 02:42:24 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14579396 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2026 02:42:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14571344 | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2026 02:44:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14579750 | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2026 02:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14580810 | + Email/Text: bncmail@w-legal.com | Mar 28 2026 02:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14564965 | + Email/Text: servicing@svcfin.com | Mar 28 2026 02:43:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14564966 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2026 02:42:25 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14564968 | ^ MEBN | Mar 28 2026 02:22:11 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564969 | ^ MEBN | Mar 28 2026 02:21:53 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14564961 | Email/Text: bankruptcynotices@vivecard.com | Mar 28 2026 02:43:00 | Hccredit/mabtc, 380 Data Drive, Draper, UT 84020 |
| 14571082 | Email/Text: bankruptcynotices@vivecard.com | Mar 28 2026 02:43:00 | Vive Financial, 380 data drive, suite #200, Draper UT, 84020 |
| 14744124 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2026 02:43:00 | Wintrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14736002 | + Email/Text: EBN@brockandscott.com | Mar 28 2026 02:43:00 | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14581030 | | Wintrust Mortgage, a division of Barrington Bank & |
| 14736339 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14736338 | *+ | Wintrust Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                              User: admin                              Page 3 of 3
Date Rcvd: Mar 27, 2026                          Form ID: 138OBJ                          Total Noticed: 39

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| GEORGETTE MILLER | on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| KERI P EBECK | on behalf of Creditor OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1 kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Foundation Finance Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Troy Jordon bky@dilworthlaw.com  ksheronas@dilworthlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 138OBJ* (6/24)–doc 165 – 157

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Troy Jordon | ) | Case No. 20–14596–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 27, 2026

For The Court

Mohung Wong
Clerk of Court