United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-14596-amc

Troy Jordon                                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID                        Recipient Name and Address**
db                            +   Troy Jordon, 7 West Essex Avenue, Lansdowne, PA 19050-1548

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 30 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 30 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name                        Email Address**

ANDREW L. SPIVACK
      on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A.
      andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
      on behalf of Creditor Wintrust Mortgage  a Division of Barrington Bank and Trust Co., N.A. andrew.spivack@brockandscott.com,

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: May 29, 2026                    Form ID: 138FIN                          Total Noticed: 3

wbecf@brockandscott.com

ANN E. SWARTZ

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

GEORGETTE MILLER

on behalf of Plaintiff Troy Jordon bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

KERI P EBECK

on behalf of Creditor OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2018-1
kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor Foundation Finance Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE LEE

on behalf of Debtor Troy Jordon bky@dilworthlaw.com  ksheronas@dilworthlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 138FIN* (6/24)−doc 170 − 169

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Troy Jordon                          )          Case No. 20−14596−amc
                                         )
                                         )
    Debtor(s).                           )          Chapter: 13
                                         )
                                         )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.


All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.



Date: May 29, 2026                                          For The Court

                                                                      Mohung Wong
                                                                     Clerk of Court